**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**TARIEL EMILEV**                                                                                    **PETITIONER**

**v.**                                              **No. 4:26-cv-04025 SOH-SGS**

**WAYNE EASLEY, in his capacity**
**as Sheriff of Miller County, Arkansas,** *et al*                          **RESPONDENTS**

## ORDER

Petitioner filed this action under 28 U.S.C. § 2241 challenging his claimed unlawful detention. ECF No. 2.  Pending now before the Court is Petitioner's Motion for Order to Show Cause.  ECF No. 6. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), the Honorable Susan O. Hickey referred this Motion to this Court for decision.

According to the Petition, Petitioner, Tariel Emilev, is a Kyrgyz national who entered the United States lawfully on a B2 nonimmigrant visa on March 26, 2024, and has resided continuously in the United States since that time.  ECF No. 2.  On May 13, 2024, Petitioner applied for asylum and Respondents issued him an Employment Authorization Document valid through November 10, 2029. *Id.*  On March 25, 2026, Petitioner was detained by Respondents' agents while driving in Arkansas and transported, by Respondents, to the Miller County Jail in Texarkana, Arkansas.  *Id.*[1]

With this Petition, Petitioner alleges he is being held in federal immigration custody pursuant to a warrantless arrest made without probable cause and without the individualized determination of flight risk as required by the Immigration and Nationality Act ("INA"). *See* 8 U.S.C. § 1357(a)(2); 8

---

[1] Counsel for Petitioner now believe that since the filing of this Petition, Respondents have transferred Petitioner from the Miller County Detention Center to the Jackson Parish Correctional Center in Jonesboro, Louisiana.  ECF No. 5-1, p. 4.

C.F.R. § 287.8(c)(2)(ii). Petitioner has set forth claims that his arrest violated the Fourth Amendment, the INA, the Administrative Procedure Act, and the Due Process Clause of the Fifth Amendment. ECF No. 2. He seeks immediate release from custody. *Id.*

Respondents must show cause why the Petition should not be granted and why the Court should not order Petitioner be released along with other relief requested in the Petition. The response to the Petition should articulate the true cause of Petitioner's detention; the statutory authorization for Petitioner's detention; and the status of Petitioner's immigration proceedings. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED** that Petitioner's Motion for Order to Show Cause (ECF No. 6**)** is **GRANTED** and:

1. Counsel for Petitioner must immediately serve the Petition (ECF No. 2) on Respondents.

2. If not already issued, the Clerk of Court must issue any properly completed summonses.

3. The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the Western District of Arkansas, to the attention of Kim Harris at Kimberly.Harris@usdoj.gov.

4. Respondents must respond to the Petition (ECF No. 2) and Petitioner's Motion for Preliminary Injunction and for Consolidation of Motion for Preliminary Injunction with Merits Ruling (ECF No. 5) no later than April 23, 2026.

5. Petitioner may file a reply no later than April 27, 2026.

**SIGNED** this 20th **day of April 2026.**

/s/ *Spencer G. Singleton*

HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE

2