IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**TARIEL EMILEV**                                                                                    **PETITIONER**

**v.**                                              **No. 4:26-cv-04025 SOH-SGS**

**WAYNE EASLEY, in his capacity**
**as Sheriff of Miller County, Arkansas,** *et al*                      **RESPONDENTS**

## ORDER

Before the Court is Petitioner's Notice of Partial Compliance with Order of May 18, 2026, and Motion to Modify Order or, Alternatively, to Compel Respondents to Produce Bond Hearing Transcript and Recording. ECF No. 24. Having considered the motion and the entire record herein, the Court finds that the motion should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's Order of May 18, 2026 (ECF No. 23) is modified as follows: Respondents shall produce to the Court the audio recording and transcript of Petitioners Bond Hearing held on April 15, 2026 and any later hearing involving Petitioner, on or before May 28, 2026.

**SIGNED** this **21st day of May 2026.**

/s/ *Spencer G. Singleton*
HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE

1